United States District Court
Middle District Court of Florida
**OCALA** Division

FILED

Johnny L. Jones
    Plaintiff

V.

M. Van Keuren ET AL
    Defendants

Case: 5:19-CV-50 2022 APR -6 LPH 4:15

CLERK. US DISTRICT COUR
MIDDLE DIS Provided to Suwannee
OCAL Correctional Institution on

APR 0 1 2022

for mailing, by

## Pre Trial Narrative Statement

Brief General Statement of Case and Narrative written statement of facts that will be offered by oral or Documentary Evidence at trial

1. Plaintiff filed Civil Rights Complaint Stating he was Assaulted by Correctional Staff at Marion C.I. on 11-17-2018

2. Plaintiff was threatened by Staff And he filed A grievance advising the Administration. Showing A plan had been made. 10-25-2018

3. Once released from Confinement, Staff Called the Dormitory and told C.O. Beatty to have Plaintiff report to Sgt. Short At the Barber Shop, 11-17-18

4. Plaintiff did not want to go and informed officer And Inmates he was being Called out to be sprayed and beat as Staff had threatend to do. The plan was being executed on 11-17-18

5. Plaintiff went outside with Inmates in the dorm watching from the window and other Inmates watching from other Areas. 11-17-2018

6. Plaintiff was assaulted by Sgt. Short, Sgt. Van Keuren, C.O. Houst, Unnecessary and Excessive force was used with malicious and Sadistic Intent to cause harm. There was no need for Any force to be Applied

7. Sgt. Van Keuren wrote Disciplinary Report And failed to include any other officers in the report. 11-17-2018

8. The report also failed to include any threatening Actions or

disobedience or Verbal disrespect by plaintiff. 11-17-18

9. After Plaintiff filed Grievance on 11-18-18, Sgt. Van Keuren filed Incident Report Claiming Plaintiff had been doing other things which justified use of force. This was on 11-19-18

10. Sgt. Short told DIA Investigator he had been on the yard when the Incident happened but Not that he had been involved.

11. Physical, Emotional, And mental Injuries Sustained As A result of the unlawful use of force.

Johnny L. Jones V15226
Suwannee C.I. main unit
5964 U.S. Hwy 90
Live Oak, FL 32060


I do hereby Certify A True And Correct Copy of the Foregoing has been mailed to: Joe Belitzky Attorney Generals Office The Capital PL-01 Tallahassee, FL 32399 On this 1st day of April 2022.

4-1-2022     Johnny L. Jones V15226
Suwannee C.I. main unit
5964 U.S. Hwy 90
Live Oak, FL 32060

Exhibit To Be Offered Into Evidence At Trial Of Case

1. Grievance log # And/or Copy of Grievance filed when Plaintiff Advised Administration he had been threatend. 10-25-2018

2. Disciplinary Report written by Sgt. Van Keuren. 11-17-18

3. Report of force used sheet filled out by Sgt. Van Keuren 11-19-18

4. Grievances filed

5. Pages from medical and mental health files - sick Calls, Nurse Reports, Doctor Reports etc

6. Intake photo at Jefferson C.I.

7. Witness statement/Declarations

8. Defendants statement following Incident

9. D.I.R. Investigator package

10. Grievance filed Showing Sgt. Short had previously Claimed he had been on yard but not where Incident happend.

Johnny L. Jones V15226

I do hereby Certify A true And Correct Copy of the foregoing was sent by mail to Joe Belitzky, Attorney Generals office The Capitol PL-01 Tallahassee, FL 32399 on this 1st day of April 2022

Johnny L. Jones V15226
4-1-2022  Suwannee C.I. main
5964 U.S. Hwy 90
Live Oak, FL 32060

List of Witnesses - Non Inmate

1. C.O. Beatty - Marion C.I.

2. C.O. White - Marion C.I.

3. Classification Officer Cummings - Marion C.I.

List of Witnesses - Inmate

1. Lee Dixon - 664098

2. Murphy Nazario

3. Derrick Nealon - 452931

4. James E. Johnson - K77034

5. Dillon Brigner - B13745

6. Martrey Bass - N09963

I do hereby Certify A True And Correct Copy of the foregoing was mailed to: Joe Belitzky, Attorney General's office, The Capital PL-01 Tallahassee, FL 32399 On this 1st day of April 2022

                    Johnny L. Jones V15226
       4-1-2022     Suwannee C.I. main unit
                    5964 U.S. Hwy 90
                    Live Oak, FL 32060

The Named Witnesses Will Testify To Statement By Name
Summary of Anticipated Testimony of Each witness

### Non- Inmate Witnesses

1. C.O. Beatty— Plaintiff was in dorm when Sgt. Short called and ordered him (C.O. Beatty) to send Plaintiff outside. Plaintiff did not want to go and stated he knew he was about to be set up, beat up, sprayed. Plaintiff then asked to be released through laundry room so Camera would show him being released

2. C.O. White — Plaintiff named Sgt. Short during Investigation and Called him as witness. Sgt. Short stated he was on the yard but Not that he was Involved. Camera was reviewed from E dormitory and shows Plaintiff being released by C.O. Beatty who had to Unlock door to release

3. Classification Officer Cummings— Sgt. Short had told them he had not been present during the Incident. Plaintiff did file the grievance which was responded to by Cummings.

### Inmate Witnesses

1. Lee Dixon— Was outside in front of C-Dormitory and witnessed the Assault. Saw what Each officer had done, Saw Plaintiff never did Anything.

2. Murphy Nazario— Was on F Dormitory Porch and had witnessed the Assault. Saw what Each officer had done.

3. Derrick Nealon— Was in E-Dorm with Plaintiff when C.O. Beatty to Plaintiff he was being Called outside, Heard Plaintiff say he was being Called out to be sprayed and beat up. Went to window and watched Entire Incident.

4. James E. Johnson— Was standing at the window in E-2 with other Inmates when Plaintiff went outside. He witnessed the

Entire Incident and saw what the officers had done.

5. Dillon Brigner- Was outside walking through center gate with another Inmate when he heard Plaintiff scream. He looked around and witnessed the rest of the Assault, Saw what every officer was doing

6. Martrey Bass- Was Plaintiffs roommate And witnessed Plaintiff Dealing with mental And Emotional Issues, Having problems Sleeping.

Each Inmate witness Full Declaratory Statement has previously been Attached to Civil Complaint and Summary Judgment motions

Johnny L. Jones V15226
Suwannee C.I. main Unit
5964 U.S. Hwy 90
Live Oak, FL 32060

I do hereby Certify that A Correct And True Copy of the foregoing was mailed to Joe Belitzky, Attorney Generals office, The Capitol, PL-01 Tallahassee, FL 32399 On this 1st day of April 2022.

Johnny L. Jones V15226